UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>-vs-<br><br>JAYDAN SERVICES, LLC, DANIEL GREGORY, RODERICK BERRY, SHENNAE BERRY, VINELAND CONSTRUCTION CO., B&S PARTNERS, INC., AND CUMMINS POWER SYSTEMS, INC.<br><br>Defendant(s). | Civil Action No. 2:18-cv-11120-SDW-LDW<br><br>**FINAL JUDGMENT**<br><br>*(ECF Document)* |

**THIS MATTER** having been presented to the Court by plaintiff, Atain Specialty Insurance Company ("Atain") by its attorneys, MORGAN MELHUISH ABRUTYN (Joseph DeDonato, Esq.), appearing, and the defendants Roderick Berry and Shennae Berry being represented by GELDHAUSER & RIZZO, LLC (John R. Rizzo, Esq., appearing) and defendant Vineland Construction Co. and B&S Partners, Inc., by CAMPBELL, LIPSKI & DICHNEY (James J. Law, Esq., appearing) and Jaydan Services, LLC ("Jaydan"-in default) by Ricardo Monteiro, Esq., and the defendants Cummins Power Systems, Inc. (in default); and the parties having consented to this relief,

IT IS on this 25th day of October, 2018

**ORDERED, DECLARED and ADJUDGED;**

{01548235}

(1) Atain Comprehensive General Liability Policy No. CIP187986 issued to Jaydan for the policy period of June 13, 2014 to June 13, 2015 be and is hereby rescinded from its date of inception of June 13, 2014 and is of no force and effect.

(2) Atain has no duty to defend nor indemnity Jaydan for any and all claims set forth in the Litigation Matter of <u>Roderick Berry and Shennae Berry v. Vineland Construction Co., B&S Partners, ABC Entities 1-5, Jaydan Services, et al.,</u> Superior Court of New Jersey, Law Division, Burlington County, Docket No. BUR-L-0092-17 in which Jaydan is currently in default and has not answered.

(3) Atain shall refund the policy premium of $877.50 to Jaydan within twenty (20) days of the date of this executed Final Judgment.

(4) All other claims of all other parties are dismissed.

SO ORDERED: _____
USDJ

**MORGAN MELHUISH ABRUTYN**
Attorneys for Plaintiff,
Atain Specialty Insurance Company

By: /s/ *Joseph DeDonato*
JOSEPH DeDONATO, ESQ. (JD7319)

**LAW OFFICE OF RICARDO MONTEIRO, LLC**
Attorneys for Defendant,
Jaydan Services, LLC (in default)

By: /s/ *Ricardo Monteiro*
RICARDO MONTEIRO, ESQ.

**GELDHAUSER & RIZZO, LLC**
Attorneys for Defendants, Roderick Berry
and Shennae Berry

By: /s/ *John R. Rizzo*
JOHN R. RIZZO, ESQ.

**CAMPBELL LIPSKI & DICHNEY**
Attorneys for Defendants, Vineland
Construction Co. and B&S Partners, Inc.

By: /s/ *James J. Law*
JAMES J. LAW, ESQ.

{01548235}